GOODNOW v. PLUMB.

1. **Taxes on Land:** PAYMENT THROUGH MISTAKE AS TO TITLE: RECOVERY. *Goodnow v. Wells, ante,* p. 654, followed.

2. **Change of Venue:** OBJECTION FOR FIRST TIME ON APPEAL. As the abstract does not show that any objection was made below to the change of venue here complained of, such complaint cannot now be considered.

*Appeal from Webster District Court.*

MONDAY, DECEMBER 14.

ACTION in chancery to recover for taxes paid by plaintiff upon certain lands owned by defendant, and to enforce a lien thereon for the amount so paid. A decree was rendered by the district court granting the relief sought by plaintiff. Defendant appeals.

*Theodore Hawley,* for appellant.

*George Crane,* for appellee.

BECK, CH. J.—I. This case involves the same questions of law arising upon like facts which are decided in the second, sixth and seventh points of the opinion in *Goodnow v. Wells, ante,* p. 654, decided at the present term. It is unnecessary to discuss these questions again, or to notice them further then to announce that in their disposition we follow our ruling in that case.

II. The venue of the cause was changed upon motion of plaintiff, which is now complained of by defendant as erroneous, for the reason that an affidavit upon which it was made

was insufficient. But the abstract before us does not show that the order making the change of venue was excepted to in the court below. It therefore cannot be made a ground of objection in this court.

No other questions are presented in the argument of counsel. The judgment of the district court must be

AFFIRMED